AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Patti, Anthony P. | 2. Court or Organization<br><br>Michigan Eastern District Court | 3. Date of Report<br><br>08/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Lecturer | University of Michigan-Dearborn |
| 2. | Custodian | Investment Accounts 4-7 |
| 3. | POA | Investment Accounts 2 and 3 |
| 4. | Trustee | Estate #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/2015 | Hooper Hathaway, P.C. Memorandum of Redemption, tendering all shares, waiving salary continuation and agreeing to payment of outstanding receivables |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Michigan-Dearborn - wages | $4,690.00 |
| 2. 2018 | Hooper Hathaway PC fees earned prior to departure consistent with the terms of agreement listed in Part II | $35,244.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Raymond James Account (H) | | | | | | | | | |
| 2. - Raymond James Bank Deposit Progarm (Y) | | | | | | | | | |
| 3. - Alliance Bernstein Growth & Income Fund (CBBYX) (Y) | | | | | | | | | |
| 4. - American Century International Bond Fund (BEGBX) (Y) | | | | | | | | | |
| 5. - American High Income Trust Fund (AHTFX) (Y) | | | | | | | | | |
| 6. - PIMCO Dynamics Cr Income Fd (PCI) (Y) | | | | | | | | | |
| 7. - T. Rowe Price International Bond FD (PAIBX) (Y) | | | | | | | | | |
| 8. - Puerto Rico Comwlth Pub Impt Bond 7/1/2022 (Y) | | | | | | | | | |
| 9. - ING GROEP N.V. PERP Debt Secs Cumlative 7.05% (Y) | | | | | | | | | |
| 10. Northwestern Mutual Adjustable CompLife | A | Div | J | T | | | | | |
| 11. Northwestern Mutual Extra Ordinary Life | A | Div | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. IRA (H) 21 | | | | | | | | | |
| 14. - Merrill Lynch Cash/Money Account a/k/a Bank of America NA Rasp | A | Interest | K | T | | | | | |
| 15. - Abbott Labs (X) | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 16. - Abbvie Inc Shs (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 17. - Apple (X) | A | Dividend | | | Sold | 12/19/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Automatic Data Proc (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 19.   - Emerson Elec Co (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 20.   - IBM (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 21.   - Invesco Intl Divi | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 22.   - iShares MSCI Emerging Mkts (EEM) | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 23.   - J&J (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 24.   - Kohl's Corp (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 25.   - Lord Abbett Bond Fund (LBDFX) | B | Dividend | J | T | Buy | 12/17/18 | J | | |
| 26.   - Macy's Retail Hldgs Inc (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 27.   - Microsoft Corp (X) | A | Dividend | | | Sold | 12/19/18 | K | | |
| 28.   - National Oilwell Varco I (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 29.   - Philip Morris Intl Inc (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 30.   - Procter & Gamble (X) | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 31.   - Vanguard Growth ETF (VUG) | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 32.   - Vanguard Small Cap (VB) | B | Dividend | K | T | Buy | 12/17/18 | K | | |
| 33.   - Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 34.   - Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 12/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Vanguard Total Bn MKT (BND) | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 36.   - Viacom Inc (X) | A | Distribution | | | Sold | 12/19/18 | J | | |
| 37.   - Vanguard Windsor II (X) | A | Dividend | K | T | Sold (part) | 12/18/18 | J | | |
| 38.   - Vanguard Wellington Fund (X) | A | Dividend | J | T | Sold (part) | 12/17/18 | J | | |
| 39. | | | | | | | | | |
| 40.   SEP (H) 10 | | | | | | | | | |
| 41.   -Merrill Lynch Cash/Money Account n/k/a Bank of America NA RASP | A | Interest | J | T | | | | | |
| 42.   - Blackrock Global Allocation Fd (Y) ((MALOX) | | | | | | | | | |
| 43.   - Invesco Intl Divid Achievers ETF (PID) | A | Dividend | J | T | | | | | |
| 44.   - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 45.   - Lord Abbett Bond Fund (LBDFX) | A | Dividend | J | T | | | | | |
| 46.   - Vanguard Growth ETF (VUG) | A | Dividend | J | | | | | | |
| 47.   - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 48.   - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 49.   - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 50.   - Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 51.   - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Estate Trust Account (H) 95 | | | | | | | | | |
| 54. ML Bank Deposit Program cash/money account (X) | B | Interest | O | T | | | | | |
| 55. AT&T Inc GBL3.400% (X) | A | Interest | | | Sold | 12/17/18 | K | | |
| 56. MetLife, Inc Ser C GLB var% (X) | A | Interest | K | T | Sold (part) | 12/17/18 | J | | |
| 57. Capital One Financial DO 6.0% (X) | A | Interest | | | Sold | 12/17/18 | J | | |
| 58. DTE Energy Comany 6% (X) | A | Interest | | | Sold | 12/17/18 | J | | |
| 59. AAPL (X) | A | Dividend | L | T | Sold (part) | 12/17/18 | K | | |
| 60. BAC (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 61. Boeing Company (X) | B | Dividend | | | Sold | 12/17/18 | L | | |
| 62. Cisco Systems (X) | A | Dividend | | | Sold | 12/17/18 | K | | |
| 63. Conocophillips (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 64. Corning Inc (X) | A | Dividend | | | Sold | 12/17/18 | K | | |
| 65. CVS (X) | A | Dividend | K | T | Sold (part) | 12/17/18 | J | | |
| 66. Davita Inc (X) | | None | | | Sold | 12/17/18 | J | | |
| 67. Dell Tech (X) | | None | | | Sold | 12/17/18 | J | A | |
| 68. Exxon Mobil Corp (X) | B | Dividend | | | Sold | 12/17/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GE (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 70. General Dynamics Corp (X) | A | Dividend | | | Sold | 12/17/18 | K | | |
| 71. Gilead Sciences Inc (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 72. Intel Corp (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 73. Marriott Intl Inc | A | Dividend | | | Sold | 12/17/18 | K | | |
| 74. Marriott Vacations Corp (X) | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 75. Microsoft Corp (X) | B | Dividend | | | Sold | 12/17/18 | M | | |
| 76. Norfolk Southern Corp (X) | A | Dividend | | | Sold | 12/17/18 | K | | |
| 77. Oracle Corp (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 78. Pepsico Inc (X) | A | Dividend | | | Sold | 12/17/18 | K | A | |
| 79. Philip Morris Intl Inc (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 80. Phillips 66 (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 81. PPL Corp (X) | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 82. Procter & Gamble (X) | B | Dividend | | | Sold | 12/17/18 | L | D | |
| 83. Pub Svc Enterprise Grp (X) | A | Dividend | | | Sold | 12/17/18 | K | A | |
| 84. Sirius XM Holdings Inc (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 85. Stryker Corp (X) | A | Dividend | | | Sold | 12/17/18 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Symantec Corp (X) | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 87. United Parcel Sve Cl (X) | A | Dividend | | | Sold | 12/17/18 | K | | |
| 88. United Techs Corp (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 89. Valley Natl Bancorp NJ (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 90. Wells Fargo & Co | A | Dividend | | | Sold | 12/17/18 | K | | |
| 91. Lord Abbett Floating (X) | A | Dividend | | | Sold | 12/17/18 | K | | |
| 92. Vanguard Wellington Fund (X) | A | Dividend | | | Sold | 12/17/18 | K | | |
| 93. | | | | | | | | | |
| 94. IRA #2 (H) 77 | | | | | | | | | |
| 95. - Bank of America NA RASP (X) | A | Interest | J | T | Open | 09/10/18 | J | | |
| 96. - Abbott Labs (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 97. - Abbvie Inc Shs (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 98. - Apple (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 99. - Automatic Data Proc (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 100. - Emerson Elec Co (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 101. - IBM (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 102. - J&J (X) | A | Dividend | | | Sold | 12/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Microsoft Corp (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 104. - Philip Morris Intl Inc (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 105. - Procter & Gamble (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 106. - Vanguard Windsor II | A | Dividend | | | Sold | 12/17/18 | J | | |
| 107. - Kohl's Corp (X) | A | Dividend | | | Sold | 11/30/18 | J | | |
| 108. - Macy's Retail Hldgs Inc (X) | | None | | | Sold | 12/19/18 | J | | |
| 109. - National Oilwell Varco I (X) | | None | | | Sold | 12/19/18 | J | | |
| 110. - Viacom Inc (X) | | None | | | Sold | 12/19/18 | J | | |
| 111. | | | | | | | | | |
| 112. Merrill Lynch #2 (H) (Y) | | | | | | | | | |
| 113. -Merrill Lynch Bank Deposit Program (Y) | | | | | | | | | |
| 114. - Blackrock Global Allocation Fd (Y) ((MALOX) | | | | | | | | | |
| 115. - iShares MSCI Emerging Mkts (EEM) (Y) | | | | | | | | | |
| 116. - Lord Abbett Bond Fund (LBDFX) (Y) | | | | | | | | | |
| 117. - Powershares Inter DVD (PDI) (Y) | | | | | | | | | |
| 118. - Powershares Inter DVD (PDI) (Y) | | | | | | | | | |
| 119. - Powershares Inter DVD (PDI) (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Powershares Inter DVD (PDI) (Y) | | | | | | | | | |
| 121. - Powershares Inter DVD (PDI) (Y) | | | | | | | | | |
| 122. - Vanguard Total Bn MKT (BND) (Y) | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. Merrill Lynch #3 (H) (Y) | | | | | | | | | |
| 125. -Merrill Lynch Bank Deposit Program (Y) | | | | | | | | | |
| 126. - Blackrock Global Allocation Fd (Y) (MALOX) | | | | | | | | | |
| 127. - iShares MSCI Emerging Mkts (EEM) (Y) | | | | | | | | | |
| 128. - Powershares Inter DVD (PDI) (Y) | | | | | | | | | |
| 129. - Vanguard Small Cap (VB) (Y) | | | | | | | | | |
| 130. - Vanguard Mid-Cap ETF (VO) (Y) | | | | | | | | | |
| 131. - Vanguard Div Appreciation ETF (VIG) (Y) | | | | | | | | | |
| 132. - Vanguard Total Bn MKT (BND) (Y) | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. Merrill Lynch #4 (H) | | | | | | | | | |
| 135. -Merrill Lynch Bank Deposit Program n/k/a Bank of America NA | A | Interest | J | T | | | | | |
| 136. - Blackrock Global Allocation Fd (MALOX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 138. - Lord Abbett Bond Fund ((LBDFX) | A | Dividend | J | T | | | | | |
| 139. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 140. - Vanguard Growth ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 141. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 142. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 143. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 144. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 145. - Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 146. | | | | | | | | | |
| 147. Merrill Lynch #5 (H) | | | | | | | | | |
| 148. -Merrill Lynch Bank Deposit Program n/k/ a /Bank of America NA | A | Dividend | J | T | | | | | |
| 149. - Blackrock Global Allocation Fd (MALOX) | A | Dividend | J | T | | | | | |
| 150. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 151. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 152. - Vanguard Growth ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 153. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 155. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 156. - Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 157. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 158. | | | | | | | | | |
| 159. Merrill Lynch #6 (H) | | | | | | | | | |
| 160. -Merrill Lynch Bank Deposit Program n/k/a Bank of America NA | A | Interest | J | T | | | | | |
| 161. - Blackrock Global Allocation Fd (MALOX) | A | Dividend | J | T | | | | | |
| 162. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 163. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 164. - Vanguard Growth ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 165. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 166. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 167. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 168. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 169. - Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Merrill Lynch #7 (H) | | | | | | | | | |
| 172.  -Merrill Lynch Bank Deposit Program n/k/a Bank of America NA | A | Interest | J | T | | | | | |
| 173.  - Blackrock Global Allocation Fd (MALOX) | A | Dividend | J | T | | | | | |
| 174.  - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 175.  - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 176.  - Vanguard Growth ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 177.  - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 178.  - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 179.  - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 180.  - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 181.  - Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 07/30/18 | J | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 16 of 16

Name of Person Reporting

Patti, Anthony P.

Date of Report

08/12/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anthony P. Patti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544